**Electronically Filed**
**Supreme Court**
**SCWC-14-0000897**
**11-OCT-2016**
**11:09 AM**

SCWC-14-0000897

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RONDA L. RAMOS,
Respondent/Petitioner-Appellant,

vs.

THE ESTATE OF PETER JOSEPH ELSENBACH, ELSENBACH
CHILDREN'S TRUST, and CHRISTOPHER ELSENBACH,
Petitioners/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000897; P. NO. 13-1-0182)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Pollack, and Wilson, JJ., with Recktenwald, C.J.,
dissenting separately, with whom Nakayama, J., joins)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawaiʻi, October 11, 2016.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

